IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH CANISTER, | No. 2:16-CV-3053-DMC-P |
| Plaintiff, | |
| vs. | ORDER |
| M. E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion (Doc. 20) to stay the court's February 26, 2018, scheduling order pending resolution of their motion for summary judgment. Good cause appearing therefor, the request will be granted.

Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay (Doc. 20) the scheduling order is granted; and

2. The Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

DATED: Sept 4 2018

Hon. Dennis M. Cota
United States Magistrate Judge